**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIAM J. SQUIRES, ADC #107098,                                          PLAINTIFF
and AARON J. TANNER, ADC#132875

v.                                    4:13CV00519-BRW-JTK

BRUCE PENNINGTON, et al.                                              DEFENDANTS

**ORDER**

Plaintiffs have responded to the Court's October 8, 2013 Order, and have each filed an Amended Complaint (Doc. Nos. 10, 11). Having reviewed the Amended Complaints for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendants Pennington and Birdsong. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Bruce Pennington and Don Birdsong. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaints (Doc. Nos. 10, 11) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 11th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).