IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM J. SQUIRES, ADC #144213,**
**and AARON J. TANNER**                                                            **PLAINTIFFS**

**VS.**                                    **4:13-CV-00519-BRW-JTK**

**BRUCE PENNINGTON,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

This case is DISMISSED without prejudice.

I certify under 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the Order preceding it would not be taken in good faith.

IT IS SO ORDERED this 23rd day of October, 2014.


                                              /s/ Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE